**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KARINA ELIETH GONZALEZ-SANCHEZ #A240-222-418** | **CASE NO. 3:26-CV-02878 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 11], and after an independent review of the record, and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner, Karina Gonzalez-Sanchez's, Petition for Writ of Habeas Corpus [Doc. No. 6] is **DISMISSED WITHOUT PREJUDICE** as moot.

MONROE, LOUISIANA, this 3rd day of November, 2026.

Terry A. Doughty
United States District Judge